IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00851-DDD-SBP

BROOK YITBARK KEBEDE,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden, Aurora Contract Detention Facility;
DAVID VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and
Customs Enforcement;
GEORGE VALDEZ, in his official capacity as Acting Field Office Director, U.S.
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of
Homeland Security; and
TODD BLANCHE, in his official capacity as Acting Attorney General
of the United States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting
Writ of Habeas Corpus, filed July 9, 2026, and the Order, filed July 17, 2026 by the
Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated
herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Petitioner, Brook Yitbark
Kebede, and against Respondents, Juan Baltazar, in his official capacity as Warden,
Aurora Contract Detention Facility; David Venturella, in his official capacity as Acting

Director, U.S. Immigration and Customs Enforcement; George Valdez, in his official capacity as Acting Field Office Director, U.S. Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary, U.S. Department of Homeland Security; and Todd Blanche, in his official capacity as Acting Attorney General of the United States, on the Petition for Writ of Habeas Corpus.

DATED at Denver, Colorado this 17th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk